1  James H. Fleming (SBN 042226)
   Eugenia S. Chern (SBN 215092)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:   510.763.2000
   Facsimile:    510.273.8832
7
   Attorneys for Plaintiff
8  Pan-American Assurance Company

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 PAN-AMERICAN ASSURANCE COMPANY,            Case No. C05-03231 MEJ

12              Plaintiff,                    ORDER RE:
                                              ~~STIPULATED~~ JUDGMENT IN
13         vs.                                INTERPLEADER

14 LESTER W. BRYAN, individually and as trustee   ORDER CLOSING FILE
   for the REVOCABLE LIVING TRUST OF
15 LESTER W. & KATHERINE L. BRYAN,
   DWIGHT POOLE, DEAN POOLE, and MARY
16 POOLE,

17              Defendants.

18

19

20     Upon reading the Stipulation and Order for entry of Judgment in Interpleader, and it

21 appearing that this Court has jurisdiction of the parties and of the subject herein, and good cause

22 appearing,

23

24     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

25

26     1.     That plaintiff Pan-American Assurance Company ("Pan-American") filed its

27 Complaint in Interpleader in good faith on or about August 9, 2005, that this is a proper cause for

28 interpleader, and that Pan-American is hereby granted judgment of interpleader;

2. That by reason of the death of Katherine Bryan ("decedent") on or about February 15, 2005, the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) (hereinafter "the Death Benefit") became payable under the adjustable life insurance policy, policy number 9200253050, originally issued by Pan-American to the Steven L. Turman, M.D. Inc. Defined Benefits Trust Insured's Pension Plan;

3. That defendants Lester W. Bryan, individually and as trustee for the Revocable Living Trust of Lester W. & Katherine L. Bryan, Dwight Poole, Dean Poole and Mary Poole, each claimed entitlement to some or all of the Death Benefit and that, to date, no other person or entity has made a claim to the Death Benefit;

4. That having deposited the Death Benefit, plus interest, with the Clerk of this Court on or about August 9, 2005, Pan-American is hereby released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5. That the remaining parties, Lester W. Bryan, Dwight Poole, Dean Poole and Mary Poole, have reached an agreement as to the distribution of the Death Benefit plus interest deposited with the Clerk of this Court as follows:

   a. That defendants Dwight Poole, Dean Poole and Mary Poole are hereby released, discharged, and acquitted of and from any liability of any kind or nature whatsoever in connection with this action and/or the Policy;

   b. That plaintiff Pan-American shall recover $5,000.00 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit the amount of $5,000.00 by way of a check made payable to "Pan-American Assurance Company", and send that check to Pan-American's attorneys, Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612, Attention: Eugenia S. Chern.

c. That the Clerk of the Court shall remit the remainder of the deposited funds, plus any accrued interest, to defendant Lester W. Bryan by check made payable to "Lester W. Bryan and his attorney Robert R. Outis", and send that check to Mr. Bryan's attorney, Robert R. Outis, 1320 Solano Avenue, Suite 203, Albany, CA 94706-1854.

DATED: October 18, 2005    REED SMITH LLP

By   /s/ Eugenia S. Chern
James H. Fleming
Eugenia S. Chern

Attorneys for Plaintiff
Pan-American Assurance Company

DATED: September 25, 2005    LAW OFFICE OF ROBERT R. OUTIS

By    /s/ Robert R. Outis
Robert R. Outis

Attorney for Defendant Lester W. Bryan, individually and as trustee for the Revocable Living Trust of Lester W. & Katherine L. Bryan

DATED: October 17, 2005    LAW OFFICES OF CHARLES A. TRIAY

By   /s/ Randall Schmidt
Charles A. Triay
Randall Schmidt

Attorney for Defendants Dwight Poole, Dean Poole and Mary Poole

The Clerk of Court shall close the file.
**IT IS SO ORDERED.**

DATED: <u>October 27</u>, 2005

By _____
The Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE